**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE DANIELL, individually and on Behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) SEMPRIS, LLC, a Delaware limited liability Company; E. MISHAN & SONS, INC., a New York corporation d/b/a EMSON, INC.; and QUALITY RESOURCES, INC., a Florida Corporation, ) ) ) ) ) ) ) Defendants. ) | Case No. 13-cv-06938<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Maria Valdez |

**DEFENDANT QUALITY RESOURCES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Quality Resources, Inc. ("Quality"), respectfully submits the following disclosures:

1. No publicly-held corporation owns more than 10% of Quality's stock.

2. Quality does not have any publicly held affiliates.

3. Quality is a non-governmental corporate party.

4. Quality is not a subsidiary of another corporation.

Dated: September 30, 2013

Respectfully submitted,
QUALITY RESOURCES, INC.

By: s/ Timothy A. Hudson
One of Its Attorneys

Timothy A. Hudson
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, Illinois 60604
Telephone No. (312) 762-9450
Facsimile No. (312) 762-9451