IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE DANIELL, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 13-cv-06938 |
| SEMPRIS, LLC, a Delaware limited liability Company; E. MISHAN & SONS, INC., a New York corporation d/b/a EMSON, INC.; and QUALITY RESOURCES, INC., a Florida Corporation, | ) ) ) ) ) ) ) | Hon. Robert W. Gettleman  Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**DEFENDANT QUALITY RESOURCES, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Quality Resources, Inc. ("Quality"), by and through its attorneys, respectfully moves for an extension of time to respond to Plaintiff's Complaint, and in support thereof states as follows:

1.      On August 28, 2013, Plaintiff filed the Second Amended Complaint in this matter naming Quality as a defendant.

2.      On September 26, 2013, Quality removed this matter from the Circuit Court of Cook County, Illinois, County Department, Chancery Division to the United States District Court for the Northern District of Illinois, Eastern Division.

3.       Pursuant Federal Rule of Civil Procedure 81, Quality's responsive pleading to Plaintiff's Complaint is due by October 3, 2013.

4.      In exchange for accepting service on Quality's behalf, Plaintiff's counsel agreed to permit Quality 60 days to respond to the Complaint up to and including November 4, 2013.

5.      Counsel for Quality has numerous scheduling conflicts through October with depositions, mediations, and hearings across the nation.

6.      Given Qualitiy's counsel's travel and required attendance at depositions, hearings, and mediations in other federal court matters, good cause exists for an extension of time for Quality to file its response to Plaintiff's Complaint.

7.      Federal Rule of Civil Procedure 6(b) allows the Court discretion to enlarge periods of time under the circumstances presented herein.

8.      This Motion is not sought for any improper purpose and is intended to allow Quality time to adequately address the allegations in Plaintiff's Complaint.

WHEREFORE, Defendant Quality Resources, Inc. respectfully requests an extension of time to respond to Plaintiffs' Complaint up to and including November 4, 2013, together with such other and further relief as this Court deems just and proper under the circumstances.

Dated:  September 30, 2013                      Respectfully submitted,
                                                QUALITY RESOURCES, INC.


                                                By:_____s/ Timothy A. Hudson_____
                                                        One of Its Attorneys

Timothy A. Hudson
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, Illinois 60604
Telephone No. (312) 762-9450
Facsimile No.   (312) 762-9451