## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Bonnie Daniell
                              Plaintiff,

v.
                                                          Case No.: 1:13–cv–06938
                                                           Honorable Robert W. Gettleman

Quality Resources, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Defendants' motion for extension of time [10] to 11/4/2013 to respond to the complaint is granted. Defendants' joint motion to stay [23] is granted to 12/17/2013. Status hearing is set for 12/17/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.