Bonnie Daniell
                                      Plaintiff,

v.                                                              Case No.: 1:13–cv–06938
                                                                     Honorable Robert W. Gettleman

Quality Resources, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: The stay applies to all defendants and stays any intervening deadlines. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.