IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BONNIE DANIELL, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>SEMPRIS, LLC, a Delaware limited liability company, E. MISHAN & SONS, INC., a New York corporation d/b/a EMSON, INC., and QUALITY RESOURCES, INC., a Florida corporation,<br><br>   *Defendants*. | Case No. 1:13-cv-06938<br><br>Honorable Robert W. Gettleman |

## MOTION FOR LEAVE TO ENLARGE PAGE LIMIT OF JOINT STATUS REPORT

  Plaintiff Bonnie Daniell ("Herman") and Defendants Sempris, LLC ("Sempris"), E. Mishan & Sons, Inc., d/b/a/ Emson, Inc. ("Emson"), and Quality Resources, Inc. ("Quality Resources") hereby respectfully move this Court for leave to file their initial Joint Status Report in excess of the five-page limitation set forth in this Court's Order Setting Initial Status Report for Cases Assigned to Judge Gettleman. In support, the parties state as follows:

  1. On April 4, 2014, the parties were ordered by the Court to submit a Joint Status Report by April 16, 2014, in the format prescribed under this Court's Standing Order Setting Initial Status Report for Cases Assigned to Judge Gettleman. (Dkt. 42.) The Standing Order states that any joint status report should not exceed five pages.

  2. While the parties have endeavored to set forth their positions as succinctly as possible, due to the nature of Plaintiff's claims and the need to set forth the varying facts and positions of three separate defendants, the parties request leave to file an enlarged Joint Status

Report, so that each party may fully explain its position in regards to the facts of this case and the scheduling of pre-trial discovery and motion practice.

3. Accordingly, the parties respectfully request that the Court grant them leave to file an oversized Joint Status Report in excess of the five (5) page limit and totaling ten (10) pages.

**WHEREFORE**, Plaintiff Bonnie Daniell and Defendants Sempris, Emson, and Quality Resources respectfully request that this Court enter an Order granting the parties leave to file a Joint Status Report totaling ten (10) pages.

Respectfully submitted,

Dated: April 16, 2014

EDELSON PC
Attorneys for Bonnie Daniell

By: */s/ Alicia E. Hwang*
    Steven L. Woodrow
    Alicia E. Hwang
    EDELSON PC
    350 North LaSalle Street
    Chicago, Illinois 60654
    Telephone: (312) 589-6378

Dated: April 16, 2014

JENNER & BLOCK LLP
Attorneys for Sempris, LLC

By *s/ Matthew R. Devine*
    Craig C. Martin

|  |  |
|---|---|
|  | David Jiménez-Ekman<br>Matthew R. Devine<br>Brienne M. Letourneau<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350 |
| Dated: April 16, 2014 | LEAHY EISENBERG & FRAENKEL, LTD.<br>Attorneys for E. Mishan & Sons, Inc. d/b/a/ Emson, Inc. |
|  | By  *s/ Adam T. Peterson*<br>Adam T. Peterson<br>Howard B. Randell<br>Alexander W. Ross<br>John J. McInerney<br>LEAHY EISENBERG & FRAENKEL, LTD.<br>33 West Monroe Street, Suite 1100<br>Chicago, Illinois 60604<br>Telephone: (312) 368-4554 |
| Dated: April 16, 2014 | GREENSPOON MARDER, P.A.<br>Attorneys for Quality Resources, Inc. |
|  | By   *s/ Richard W. Epstein*<br>Richard W. Epstein<br>Jeffrey A. Backman<br>GREENSPOON MARDER, P.A.<br>200 East Broward Blvd., Suite 1500<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 491-1120 |

**CERTIFICATE OF SERVICE**

    I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing ***Motion for Leave to File Oversized Joint Status Report***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on April 16, 2014.

                                                         s/ Alicia E. Hwang
                                                          Alicia E. Hwang