# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BONNIE DANIELL, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 1:13-cv-06938 |
| *v.* | |
| SEMPRIS, LLC, a Delaware limited liability company, E. MISHAN & SONS, INC., a New York corporation d/b/a EMSON, INC., and QUALITY RESOURCES, INC., a Florida corporation, | Hon. Robert W. Gettleman <br><br> Magistrate Judge Maria Valdez |
| *Defendants*. | |

## AGREED SCHEDULING ORDER

Upon consideration of the Joint Status Report filed by the Parties on April 16, 2014, and being duly advised in the premises, the Court hereby enters the following schedule in this action:

| EVENT | DEADLINE |
|---|---|
| Deadline to File Motion to Amend or Add Parties | May 1, 2014 |
| CLASS DISCOVERY CUTOFF | December 29, 2014 |
| Motion for Class Certification: | January 5, 2015 |
| Opposition to Class Certification: | February 2, 2015 |
| Reply in Support of Certification: | February 23, 2015 |
| Hearing on Motion for Class Certification: | An agreeable date for the Court in March 2015. |

| | |
|---|---|
| <u>EXPERT DISCOVERY:</u> | |
| Expert Disclosures and Opening Report: | Class experts by November 10, 2014; Merits experts to be disclosed in accordance with the schedule entered by the Court following ruling on certification. |
| Rebuttal Reports: | Class rebuttal experts by December 8, 2014; Merits rebuttal experts to be disclosed in accordance with the schedule entered by the Court following ruling on certification. |
| FACT DISCOVERY: | Additional fact discovery deadlines to be scheduled by the Court following its ruling on certification. |
| <u>DISPOSITIVE MOTIONS</u> | To be filed no later than 45 days following the close of merits discovery. |
| <u>PRETRIAL CONFERENCE DATE:</u> | To be held on or after 30 days following the Court's ruling on any dispositive motions. |

**SO ORDERED.**

**DATE:    May 1, 2014**

*/s/ Maria Valdez*

**HON. MARIA VALDEZ**
**United States Magistrate Judge**