## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Bonnie Daniell
                               Plaintiff,

v.                                          Case No.: 1:13–cv–06938
                                                    Honorable Manish S. Shah

Quality Resources, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2014:

       MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff's counsel advises the court that the status report will be filed shortly. Motion hearing held. For the reasons stated in open court, Agreed Motion to Modify Scheduling Order [72] is granted. The court adopts the parties' proposed discovery schedule as follows: All class discovery shall be noticed in time to be completed by 2/27/15. Plaintiff's motion for class certification shall be filed by 3/6/15. Defendants' response shall be filed by 4/3/15. Plaintiff's reply shall be filed by 4/24/15. The court shall advise counsel if a hearing on the motion for class certification is necessary. Plaintiff's expert disclosures and reports shall be served by 1/9/15. Defendants' rebuttal expert disclosures and reports shall be served by 2/6/15. All other discovery deadlines remain as set out in the 5/1/14 scheduling order. Plaintiff's counsel advises the court that an expert in marketing may be necessary, but that no plan for such an expert has been finalized. Defendant Sempris, LLC's counsel advises the court that the parties are working to draft an ESI protocol. Continued status hearing is set for 1/5/15 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.